**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
DR. LORI A. BRIGHTMAN, an individual,

                Plaintiff,

-against-                        22 **CIVIL** 5861 (MKV)

                                          **JUDGMENT**

INMODE LTD., a foreign limited liability
corporation, DOES 1 – 10, INCLUSIVE; and ROE
CORPORATIONS 11 – 20, INCLUSIVE,

                Defendants.
-----------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 14, 2023, the motion to dismiss filed by InMode is GRANTED. This action is therefore dismissed without prejudice to it being refiled in the proper forum. Accordingly, the case is closed.

**Dated:**  New York, New York

       August 14, 2023

                                                      **RUBY J. KRAJICK**
                                                      **Clerk of Court**

                               **BY:**
                                                    _____
                                                           **Deputy Clerk**